IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY DEWAYNE ROGERS
#0036562                                                              PLAINTIFF

v.                          No. 3:23-cv-209-DPM

BRAD SNYDER, Sheriff, Greene County
Detention Center; SHEILA ROBERTSON,
Jail Administrator, Greene County Detention
Center; JACOB WHITE, Jail Supervisor,
Greene County Detention Center; and
JASMINE SANCHEZ, Compliance Officer,
Greene County Detention Center                                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Rogers hasn't paid the $402 filing and administrative fees; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2024