# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTHONY DEWAYNE ROGERS**
**#0036562**                                                                                              **PLAINTIFF**

v.                              No. 3:23-cv-209-DPM

**BRAD SNYDER, Sheriff, Greene County**
**Detention Center; SHEILA ROBERTSON,**
**Jail Administrator, Greene County Detention**
**Center; JACOB WHITE, Jail Supervisor,**
**Greene County Detention Center; and**
**JASMINE SANCHEZ, Compliance Officer,**
**Greene County Detention Center**                                                   **DEFENDANTS**

## JUDGMENT

Rogers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2024